[No. 2780-1. Division One. October 14, 1975.]

DANIEL E. STROBERGER, ET AL, *Appellants*, v. ROBERT G. LOUNDAGIN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 759359, Warren Chan, J., entered January 2,

1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.